1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN GEYER,                          No.  2:17-cv-0502 KJM AC P

12                  Plaintiff,

13        v.                                   ORDER

14   THOMAS A. FERRARA, et al.,

15                  Defendants.

16

17         Plaintiff, a former county prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C.

18   § 1983.  By findings and recommendations filed August 30, 2019, the undersigned recommended

19   that the complaint be dismissed without leave to amend.  ECF No. 7.  Upon review, the District

20   Judge found that amendment was not futile and dismissed the complaint with leave to amend.

21   ECF No. 8.

22         Accordingly, IT IS HEREBY ORDERED that:

23         1.   Within thirty days from the date of service of this order, plaintiff may file an amended

24   complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

25   Procedure, and the Local Rules of Practice.  The amended complaint must bear the docket

26   number assigned this case and must be labeled "First Amended Complaint."  Plaintiff must file an

27   original and two copies of the amended complaint.  Failure to file an amended complaint will

28   result in a recommendation that this action be dismissed for failure to prosecute.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: November 13, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE